UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 12-01078S |
| TIMOTHY CHARLES MCCORMICK, | |
| LORETTA KAY MCCORMICK, | MOTION TO PAY 11 USC SECTION 347(a) UNCLAIMED FUNDS INTO |
| Debtors. | COURT REGISTRY FUND PURSUANT TO FRBP 3011 LOCAL RULE 3011 |

     COMES NOW the Chapter 13 Trustee and states to the Court that the following payments are undeliverable as addressed, PO Box closed. The account of this estate reflects that the following amounts are still on deposit:

| | | |
|---|---|---|
| Claim no. 2 | Check Pro/BMSI Credit Services<br>PO Box 3350<br>Sioux City, IA  51102 | Amount: 185.16 |
| Claim no. 3 | Check Pro/BMSI Credit Services<br>PO Box 3350<br>Sioux City, IA  51102 | Amount 162.46 |

     WHEREFORE, it is prayed the Court enter an Order that said sum shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code and the Clerk shall hold said sum under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said parties.

DATED:  July 20, 2015

/s/ Carol F. Dunbar_____
Carol F. Dunbar, #1682
Chapter 13 Trustee
531 Commercial Street, Suite 500
Waterloo, IA 50701
Telephone: (319) 233-6327
Fax:  (319) 233-0346